**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JACOB SCHWARTZ, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:17-cv-00415-RGA |
| LUMOS NETWORKS CORP., ROBERT E. GUTH, TIMOTHY G. BILTZ, MICHAEL K ROBINSON, SHAWN F. O'DONNELL, JERRY E. VAUGHN, WILLIAM M. PRUELLAGE, LAWRENCE J. ASKOWITZ, PETER D. AQUINO, and MICHAEL T. SICOLI, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER CLOSING**
**AND TERMINATING THE ACTION**

WHEREAS, on June 12, 2017, the Court entered an order dismissing the claims asserted in the above-captioned action and retaining jurisdiction solely for considering any application for an award of attorneys' fees and expenses;

WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for the above Plaintiff's attorneys' fees or expenses;

There being no further issue for the Court to consider, the Court, at the request of Plaintiff, hereby issues the following order:

1.      The above-captioned action is closed and terminated.  The Court no longer retains jurisdiction to consider any application for an award of attorneys' fees and expenses.

Dated:  August 21, 2017

| | |
|---|---|
| **FARUQI & FARUQI, LLP** | **HEYMAN ENERIO GATTUSO & HIRZEL LLP** |

By: _/s/ Michael Van Gorder_                                   By: _/s/ Kurt M. Heyman_

Michael Van Gorder (#6214)                                     Kurt M. Heyman (#3054)

20 Montchanin Road, Suite 145                                 300 Delaware Avenue, Suite 200

Wilmington, DE 19807                                            Wilmington, DE 19801

Telephone: (302) 482-3182                                      Telephone: (302) 472-7302

Email: mvangorder@faruqilaw.com                              Email: kheyman@hegh.law

**OF COUNSEL:**                                                     **OF COUNSEL:**

**FARUQI & FARUQI, LLP**                                      **TROUTMAN SANDERS LLP**

Nadeem Faruqi                                                  J. Timothy Mast, Esq.

James M. Wilson, Jr.                                            Mary M. Weeks, Esq.

685 Third Ave., 26th Fl.                                     600 Peachtree Street, NE, Suite 5200

New York, NY 10017                                            Atlanta, GA 30308

Telephone: (212) 983-9330                                      Telephone:  (404) 885-3000

Email: nfaruqi@faruqilaw.com                                 Email:  tim.mast@troutmansanders.com

Email: jwilson@faruqilaw.com                                 Email:  mary.weeks@troutmansanders.com

**MONTEVERDE & ASSOCIATES PC**                      _Counsel for Defendants_

Juan E. Monteverde

The Empire State Building

350 Fifth Avenue, Suite 4405

New York, NY 10118

Telephone: (212) 971-1341

Email: jmonteverde@monteverdelaw.com

_Counsel for Plaintiffs_

**SO ORDERED** this ___ day of _____, 2017.

_____

Honorable Judge Richard G. Andrews

United States District Judge